IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.                          No. 4:08CR00424 BSM

ANTWANE NELSON                                                      DEFENDANT

## MOTION FOR RELEASE TO ATTEND FUNERAL OF FATHER

COMES NOW, Defendant, Antwane Nelson, by and through his attorney, Charles D. Hancock, and for his Motion for Release to Attend Funeral of Father states as follows:

1. Antwane Nelson is in custody pending a resolution to the instant case.

2. Undersigned counsel received a phone call on January 12, 2010, indicating that Antwane Nelson's father, Willie Benton, died on January 11, 2010.

3. Undersigned counsel has also received information from Antwane Nelson's family that the funeral for Willie Benton will be conducted on January 16, 2010, in El Dorado, Arkansas at 2:00 p.m..

4. Mr. Nelson requests that he be allowed to attend the funeral of his father, Willie Benton.

5. Linda Benton, Antwane's mother, or Yvette Wilson, Antwane's fiancé, will agree to act as third party custodian for the limited purposes of attending the funeral.

6. I have contacted Edward Walker, AUSA, and he did not state an objection; but instead, indicated that he would defer to the Magistrate or District Court Judge.

WHEREFORE, Defendant, by and through counsel, Charles D. Hancock, respectfully requests that he be allowed to attend his father's funeral on January 16, 2010.

Respectfully submitted,

1

/s/ CHARLES D. HANCOCK
CHARLES D. HANCOCK
Ark. Bar No. 2001022
610 East 6th Street
Little Rock, Arkansas 72202
(501) 372-6400 / fax (501) 372-6401
E-mail: hancock@hlblawfirm.com
***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically served on the following this 13th day of January 2010:

Edward Walker
U. S. Attorney's Office - Little Rock
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600
Email: Edward.Walker@usdoj.gov

/s/ Charles D. Hancock
Charles D. Hancock