UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) NO. CR 4:08CR00424 BSM -1 | |
| | ) | |
| ANTWANE NELSON | ) | DEFENDANT |

**MOTION TO REDUCE SENTENCE PURSUANT TO THE RETROACTIVE
CRACK AMENDMENT, 18 U.S.C. §3582(c)**

Comes now, the Defendant, Antwane Nelson, by and through his counsel, Charles D. Hancock, and hereby moves, the Court pursuant to 18 U.S.C. §3582(c) and *Dorsey v. United States* 132 S.Ct. 2321(June 21, 2012) for an Order reducing Antwane Nelson's term of imprisonment on the ground that the retroactive amendment to the crack cocaine guideline reduces the base offense level in his pre-sentence investigation report (PSR). In support of this motion, Defendant states that:

1. Antwane Nelson is presently serving a term of imprisonment for an offense involving cocaine base (crack).

2. Antwane Nelson was sentenced by the Court on August 4, 2010, to a term of 262 months imprisonment. His guideline range of 262-327 months was based on a total offense level of 34 and a criminal history category of VI. The 262 month sentence was at the low end of the applicable guideline range for Antwane Nelson.

3. Amendment 750 (parts A and C only) to the Sentencing Guidelines' Drug Quantity Table in §2D1.1 is applicable to Antwane Nelson and reduces his base offense

1

level to 31.

4. This decreases the total offense level in Antwane Nelson's pre-sentence report down to 31 and the guideline range down to 188 to 235 months based on the prior computation of specific offense characteristics and adjustments (110.33 grams CC and career offender).

5. Antwane Nelson believes he is eligible for a reduction of his sentence by retroactive application of Amendment 750 (parts A and C only) pursuant to 18 U.S.C. §3582(c) and Policy Statement §1B1.10 (effective November 1, 2011) and *Dorsey v. United States*, 132 S.Ct. 2321(June 21, 2012).

6. Based upon the foregoing, Antwane Nelson respectfully requests the Court to order that the sentence originally imposed be reduced to 188 months imprisonment, which reflects the low end of the new guideline range.

7. Accordingly, Antwane Nelson respectfully requests the court to order that the sentence originally imposed be reduced to reflect the amendment to the crack cocaine guideline.

8. If needed, the Court has jurisdiction to conduct a hearing and reduce the term as requested, pursuant to 28 U.S.C. §994(o), after considering the factors set forth in §3553(a) to the extent they are applicable. See 18 U.S. C. 3582(c)(2).

**WHEREFORE**, Antwane Nelson respectfully requests that his sentence be reduced to reflect the amendment to the crack cocaine guideline forthwith.

Respectfully submitted,
ANTWANE NELSON

By:
/s/Charles D. Hancock
CHARLES D. HANCOCK, ABA #2001022
610 East 6th Street
Little Rock, Arkansas 72202
Tel: 501-372-6400
Fax:  501-372-6401
hancock@hancocklawfirm.com

## **CERTIFICATE OF SERVICE**

    I, Charles D. Hancock, hereby certify that on this 24th day of July 2012 the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Edward O. Walker
Assistant United States Attorney
edward.o.walker@usdoj.gov

/s/ Charles D. Hancock
CHARLES D. HANCOCK, ABA #2001022