Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.
ANTWANE NELSON

Case Number: 4:08-CR-00424-01-BSM
USM Number: 24770-009

**Date of Original Judgment:** August 4, 2010

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

Charles Hancock
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of   **X** the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
    262 months **is reduced to 188 months.**

Except as provided above, all provisions of the judgment dated August 4, 2010 will remain in effect.

**IT IS SO ORDERED.**

Order Date: August 6, 2012

United States District Judge

Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)